NUMBER 13-01-417-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________


ARASELI RAMIREZ MOYA , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________


On appeal from the County Court 

of Jackson County, Texas.

__________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, ARASELI RAMIREZ MOYA, perfected an appeal from a judgment entered by the County Court of Jackson
County, Texas, in cause number 16971 . Appellant has filed a motion to dismiss the appeal. The motion complies with
Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 9th day of August, 2001 .